[No. 20114-7-III.   Division Three.   August 13, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. VINCENT JOSEPH CULP, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 00-1-01892-5, Tari S. Eitzen, J., entered April 13, 2001. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, C.J., and Schultheis, J.

[No. 20286-1-III.   Division Three.   August 13, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. GIOVANNI DOMINIC WALKER, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 01-1-00070-8, John M. Antosz, J., entered May 30, 2001. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, C.J., and Schultheis, J.

[No. 20557-6-III.   Division Three.   August 13, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY ROBERT MAY, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 99-1-01116-9, C. James Lust, J., entered September 5, 2001. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, C.J., and Schultheis, J.

[No. 20571-1-III.   Division Three.   August 13, 2002.]

FIFE ENTERPRISES, ET AL., *Appellants*, v. THE WASHINGTON STATE PATROL, *Respondent*.

Appeal from a judgment of the Superior Court for Chelan County, No. 01-2-00131-5, John E. Bridges, J., entered September 20, 2001. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Brown, C.J., and Schultheis, J.